GIBSON, DUNN & CRUTCHER LLP
Randy M. Mastro
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.3825
Fax: 212.351.5219
E-mail: RMastro@gibsondunn.com
*Attorney for Nonparty*
*Gibson, Dunn & Crutcher LLP*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>WILLIAM BARONI, et. al,<br><br>          Defendants. | No. 2:15-cr-00193-SDW |

**NOTICE OF ATTORNEY APPEARANCE**

Please take notice that the undersigned, who is admitted to practice before this Court, hereby enters his appearance as counsel for Nonparty Gibson, Dunn & Crutcher LLP in the above-entitled case.

Respectfully submitted,

DATE:  August 14, 2015        GIBSON, DUNN & CRUTCHER LLP

By:  s/     Randy M. Mastro
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.3824
Fax: 212.351.5219
E-mail: RMastro@gibsondunn.com

*Attorney for Nonparty*
 *Gibson, Dunn & Crutcher LLP*