UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM E. BARONI, JR. and<br>BRIDGET ANNE KELLY | Hon. Susan D. Wigenton<br><br>Crim. No. 15-193 (SDW)<br><br>**CONSENT ORDER** |

THIS MATTER, having come before the Court on the application of Bridget Anne Kelly (Michael Critchley, Esq., appearing) for an extension of time to respond to non-party Gibson, Dunn & Crutcher LLP's ("GDC") Motion to Quash Defendants' Subpoena *Duces Tecum* Pursuant to Rule 17(c); the Court having previously entered an Order on July 10, 2015 directing GDC to produce the responsive documents and/or file the appropriate motion(s) within forty-five (45) days of the filing of the Order; GDC having filed a Motion to Quash on August 21, 2015; GDC having consented to an extension of time for defendants to respond; and no other party objecting to the extension of time, and for good cause shown,

IT IS, therefore, on this 15th day of September, 2015,

ORDERED that:

(1) The defendants shall file opposition to GDC's Motion by September 18, 2015;

(2) GDC shall file any reply to such opposition by October 3, 2015; and

(3) Oral argument, if any, shall be determined by the Court.

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Form and entry
consented to:

_____
ALEXANDER H. SOUTHWELL
Counsel for non-party Gibson, Dunn & Crutcher LLP

_____
MICHAEL CRITCHLEY, ESQ.
Counsel for defendant Bridget Anne Kelly

_____
MICHAEL BALDASSARE, ESQ.
Counsel for defendant William E. Baroni, Jr.

_____
VIKAS KHANNA
Assistant U.S. Attorney

_____
ALEXANDER H. SOUTHWELL
Counsel for non-party Gibson, Dunn & Crutcher LLP



_____
MICHAEL CRITCHLEY, ESQ.
Counsel for defendant Bridget Anne Kelly



_____
MICHAEL BALDASSARE, ESQ.
Counsel for defendant William E. Baroni, Jr.


_____
VIKAS KHANNA
Assistant U.S. Attorney

_____
ALEXANDER H. SOUTHWELL
Counsel for non-party Gibson, Dunn & Crutcher LLP




_____
MICHAEL CRITCHLEY, ESQ.
Counsel for defendant Bridget Anne Kelly



_____
MICHAEL BALDASSARE, ESQ.
Counsel for defendant William E. Baroni, Jr.




_____
VIKAS KHANNA
Assistant U.S. Attorney