GIBSON, DUNN & CRUTCHER LLP
Randy M. Mastro
Alexander H. Southwell (*admitted Pro Hac Vice*)
200 Park Avenue
New York, NY  10166-0193
Phone:  212.351.3825
Fax:  212.351.5219
E-mail:  RMastro@gibsondunn.com
*Attorneys for the Office of the Governor of New Jersey*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM BARONI, et. al,<br><br>                    Defendants. | Crim. No. 15-193 (SDW)<br><br>Oral Argument Requested<br><br>Return Date:  June 6, 2016 |

**NOTICE OF**
**MOTION OF NONPARTY OFFICE OF THE GOVERNOR OF NEW JERSEY**
**TO QUASH IN PART DEFENDANTS' SUBPOENA** *DUCES TECUM*

PLEASE TAKE NOTICE that Office of the Governor of New Jersey ("OGNJ"), through its undersigned attorneys, is moving the United States District Court for the District of New Jersey for an Order, pursuant to Federal Rule of Criminal Procedure 17(c) in the above-captioned case, granting OGNJ's Motion to Quash in Part Defendants' Subpoena *Duces Tecum*; and

PLEASE TAKE FURTHER NOTICE that in support of this Motion, OGNJ shall rely on its memorandum of law, and the declarations of counsel; and

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being filed herewith; and

PLEASE TAKE FURTHER NOTICE that oral argument is requested in the event this Motion is opposed.  The Motion date is June 6, 2016, or such date as the Court shall determine.

1

Dated: April 28, 2016
New York, New York

GIBSON, DUNN & CRUTCHER LLP

/s/  Randy M. Mastro

GIBSON, DUNN & CRUTCHER LLP
Randy M. Mastro
Alexander H. Southwell
200 Park Avenue
New York, NY  10166-0193
Phone:  212.351.3825
Fax:  212.351.5219
E-mail:  RMastro@gibsondunn.com

*Attorneys for the Office of the Governor of New Jersey*