**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>WILLIAM BARONI, et. al,<br><br>          Defendants. | Crim. No. 15-193 (SDW) |

**[PROPOSED] ORDER GRANTING MOTION OF**
**NONPARTY OFFICE OF THE GOVERNOR OF NEW JERSEY**
**TO QUASH IN PART**
**DEFENDANTS' SUBPOENA *DUCES TECUM***

Having considered Nonparty Office of the Governor of New Jersey's Motion to Quash in Part Defendants' Subpoena *Duces Tecum*, under Federal Rule of Criminal Procedure 17(c), it is hereby

ORDERED that the Motion to Quash in Part Defendants' Subpoena *Duces Tecum* is GRANTED; and it is further

ORDERED that a copy of this Order shall be served upon all parties within ___ days of the date hereof.

IT IS SO ORDERED.

Dated: _____

_____
SUSAN D. WIGENTON
United States District Judge