NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:15-cr-00193-SDW |
| v. | **ORDER** |
| WILLIAM E. BARONI, JR. and BRIDGET ANNE KELLY, | |
| Defendants. | September 7, 2016 |

**WIGENTON**, District Judge.

**IT IS** on this 7th day of September, 2016,

**ORDERED** that credentialed members of the press may use laptops in the courtroom during trial in this matter solely to take notes on trial proceedings and to prepare stories for publication for their respective news outlets, provided that permission is obtained in advance from this Court. Permission may be obtained by submitting a letter to the Chambers of the Honorable Susan D. Wigenton identifying the person who will be attending the trial and providing his/her credentials, which may include, but are not limited to, a letter from an editor, a copy of a press pass or other identifying information. All such letters should be provided to the Court no later than noon on Wednesday, September 14th; and it is further

2

**ORDERED** that cameras or video/audio recording devices inside the courtroom are prohibited. Any recording features on electronic devices brought into the courtroom must be disabled and/or may not be used; and it is further

**ORDERED** that electronic devices may not be used to transmit live social media posts (including, but not limited to, Twitter, Facebook, Instagram, Snapchat, YouTube, Tumblr, and Reddit) or to post live stories from the courtroom; and it is further

**ORDERED** that an overflow room shall be available for the public for opening and closing arguments and may be made available for certain witnesses. The same rules that apply regarding conduct and electronic devices in the courtroom apply to any overflow location(s); and it is further

**ORDERED** that members of the press desiring copies of trial transcripts shall contact Court Reporter Carmen Liloia directly. Ms. Liloia may be reached at 973-477-9704.

**SO ORDERED**.

   /s/ Susan D. Wigenton\_\_\_\_\_
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:     Clerk
cc:       Parties