UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK  DATE: September 23, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:  Docket # 15-CR-193

U.S.A. v. WILLIAM E. BARONI, JR., ET AL.

**Appearances:**

Lee M. Cortes, AUSA for the Govt
David W. Feder, AUSA for the Govt
Vikas Khanna, AUSA for the Govt
Michael A. Baldassare, Esq., for the Deft
Jennifer Mara, Esq., for the Deft
Michael D. Critchley, Esq., for the Deft
Michael Critchley, Jr., Esq. for the Deft
Edmund DeNoia, Esq. for the Deft

Nature of Proceeding: **JURY TRIAL**

Trial with jury continued at 9:30 a.m. Defendants present.

| | |
|---|---|
| Christina Lado | Continues under oath |
| Matthew Mowers | Sworn for the Govt |
| David Wildstein | Sworn for the Govt |

Trial with jury adjourned at 2:40 p.m. until 9/26/16 at 9:30 a.m.

Time Commenced:    9:30 a.m.
Time Adjourned:    2:40 p.m.                                    Carmen D. Soto
Total Time:    5 hrs. 10 mins.                                  Deputy Clerk