UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM E. BARONI, JR. and<br>BRIDGET ANNE KELLY | Case No.: 15-cr-193 (SDW)<br><br>DEFENDANTS' JOINT<br>NOTICE OF MOTION<br>FOR A MISTRIAL PURSUANT TO<br>FEDERAL RULE OF CRIMINAL<br>PROCEDURE 26.3 |

TO: Lee M. Cortes, Jr., Ass't U.S. Attorney
     United States Attorney's Office
     970 Broad Street
     Newark, NJ 07102

    PLEASE TAKE NOTICE that William E. Baroni, Jr., (Michael A. Baldassare, Esq., appearing) and Bridget Anne Kelly (Michael Critchley, Esq., appearing) hereby move for a mistrial pursuant to Federal Rule of Criminal Procedure 26.3.

    PLEASE TAKE FURTHER NOTICE that in support of this motion, Mr. Baroni and Ms. Kelly rely upon the brief filed herewith, a reply brief, and oral argument.

                                                          By: /s/ Michael Baldassare
                                                               Michael Baldassare, Esq.

                                                       **BALDASSARE & MARA, LLC**
                                                       570 Broad Street
                                                       Newark, New Jersey 07102
                                                      Telephone: 973-200-4066

                                                       *Attorneys for William E. Baroni, Jr.*

                                                       Date: November 3, 2016