

<u>**VIA ECF**</u>

November 3, 2016

The Honorable Susan D. Wigenton,
  United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

       Re:    *United States v. William E. Baroni, Jr. and Bridget Anne Kelly,*
                  <u>Criminal No.: 15-00193 (SDW)</u>

Dear Judge Wigenton:

      On behalf of defendants William E. Baroni, Jr. and Bridget Anne Kelly ("Defendants"), we respectfully submit this letter brief in support of a motion for a mistrial pursuant to Fed. R. Crim. P. 26.3.







Respectfully,

Michael Baldassare