# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Susan D. Wigenton |
|  | : Crim. No. 15-193 (SDW) |
| v. | : **NOTICE OF MOTION** |
| WILLIAM E. BARONI, JR. and BRIDGET ANNE KELLY | : |
|  | : |

To:    Michael Baldassare, Esq.
Baldassare & Mara, LLC
570 Broad Street, Suite 900
Newark, New Jersey 07102

Michael Critchley, Esq.
Critchley, Kinum & DeNoia, LLC
75 Livingston Avenue
Roseland, New Jersey 07068

PLEASE TAKE NOTICE, that on November 3, 2016, or as soon thereafter as counsel may be heard, Paul J. Fishman, United States Attorney for the District of New Jersey (Lee M. Cortes, Jr., Vikas Khanna, and David W. Feder, Assistant United States Attorneys, appearing), will apply to this Court for an order to seal the Government's November 3, 2016 Letter to the Court.

In support of this motion, the Government respectfully refers the Court to the Declaration of AUSA David W. Feder, and requests that this motion be decided on the papers submitted, without oral argument.

                                      PAUL J. FISHMAN
                                      United States Attorney
                                      970 Broad Street, Room 700
                                      Newark, New Jersey 07102
                                      (973) 645-2742

|     |                              |
| --- | ---------------------------- |
|     | /s/ *Lee M. Cortes, Jr.*     |
| By: | Lee M. Cortes, Jr.           |
|     | Assistant U.S. Attorney      |
|     |                              |
|     | /s/ *Vikas Khanna*           |
| By: | Vikas Khanna                 |
|     | Assistant U.S. Attorney      |
|     |                              |
|     | /s/ *David W. Feder*         |
| By: | David W. Feder               |
|     | Assistant U.S. Attorney      |

Dated:  Newark, New Jersey
November 3, 2016