UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 15-193 (SDW) |
| WILLIAM E. BARONI, JR. and BRIDGET ANNE KELLY | : : : | |

DECLARATION OF AUSA DAVID W. FEDER IN SUPPORT OF
THE UNITED STATES OF AMERICA'S MOTION TO SEAL

I, David W. Feder, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the District of New Jersey and represent the United States in this matter. I am fully familiar with the facts stated herein. I respectfully submit this declaration in support of the United States' motion to seal the Government's November 3, 2016 Letter to the Court (the "Filing").

2. Because the Filing refers to a matter that was addressed in a sealed courtroom on November 2, 2016, and because its disclosure would complicate the Court's efforts to ensure a fair trial, the Government submits that, in an abundance of caution, the Filing should be maintained under seal.

3. To provide the Court with a full record of the Government's position regarding this matter, it is necessary to submit the Filing under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of November, 2016, in Newark, New Jersey.

 

_____
David W. Feder
Assistant U.S. Attorney