# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 15-193 (SDW) |
| WILLIAM E. BARONI, JR. and BRIDGET ANNE KELLY | : | **SEALING ORDER** |

This matter having come before the Court on the motion of the United States, Paul J. Fishman, United States Attorney for the District of New Jersey (Lee M. Cortes, Jr., Vikas Khanna, and David W. Feder, Assistant United States Attorneys, appearing) to seal the Government's November 3, 2016 Letter to the Court (the "Filing"), the Court makes the following findings of facts and conclusions of law:

1. The Court finds that the Filing refers to a matter that was addressed in a sealed courtroom on November 2, 2016 and its disclosure may complicate the Court's efforts to ensure a fair trial.

2. The Court finds that a less restrictive alternative to sealing is not available.

3. Accordingly, the Court finds that good cause exists to seal the Filing under the considerations set forth in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994). The Court therefore permits the Filing to be maintained under seal, until further Order of this Court.

          HON. SUSAN D. WIGENTON
          United States District Judge