<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 15-193(SDW) |
| v. | |
| WILLIAM E. BARONI, JR. and BRIDGET ANNE KELLY, | **ORDER** |
| Defendants. | March 1, 2017 |

**WIGENTON**, District Judge.

    This Court being in receipt of the Defendant William E. Baroni, Jr. and Bridget Anne Kelly's (collectively, "Defendants") Motions for Judgments of Acquittal pursuant to Federal Rule of Criminal Procedure 29 and Motions for a New Trial pursuant to Federal Rule of Criminal Procedure 33, and this Court having considered the submissions of the parties, for the reasons set forth in this Court's Opinion dated March 1, 2017

    **IT IS** on this 1st day of March, 2017,

    **ORDERED** that Defendants' motions are **DENIED**, and it is further

    **ORDERED** that Defendants' motions to instruct the jury to disregard certain evidence (Dkt. Nos. 274, 278) are **DISMISSED AS MOOT**.

    **SO ORDERED**

\_\_\_/s/ Susan D. Wigenton_____
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc:    Parties