**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM E. BARONI, JR. | Docket No.: Cr. 15-193<br><br>Before: Honorable Susan D. Wigenton,<br>     United States District Judge<br><br>**Notice of Appeal to the**<br>**U.S. Court of Appeals for the Third Circuit** |

Notice is hereby given that WILLIAM E. BARONI, JR., defendant in the above-captioned case, appeals to the United States Court of Appeals for the Third Circuit from the March 30, 2017 Order (Docket No. 332) of the United States District Court, District of New Jersey, entering final judgment against WILLIAM E. BARONI, JR. on the jury's verdict and sentencing WILLIAM E. BARONI, JR.

| | |
|---|---|
| Respectfully, | Respectfully, |
| **BLANK ROME LLP** | **BALDASSARE & MARA, LLC** |
| *Attorneys for Defendant William E. Baroni, Jr.* | *Attorneys for Defendant William E. Baroni, Jr.* |
| By: /s/ Stephen M. Orlofsky | By: /s/ Michael Baldassare |
| Stephen M. Orlofsky<br>Carlos F. Ortiz<br>Mayling C. Blanco | Michael Baldassare<br>Jennifer Mara<br>Dillon Malar |
| Date: April 10, 2017 | Date: April 10, 2017 |